JS 6

**ANDERSON, McPHARLIN & CONNERS LLP**
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cv-06596-DSF-JEM |
| Plaintiff, | |
| vs. | **JUDGMENT (PURSUANT TO STIPULATION)** |
| WENDY BOSCHMA, an individual, JERROLD BOSCHMA, an individual, and ING BANK FSB, a Delaware corporation, | Property:   26930 Whitehorse Place Santa Clarita. CA  91387 |
| Defendants. | APN:  2841-025-022 |

Based on the Stipulation is entered into between defendant,

ING BANK FSB ("ING") and plaintiff UNITED STATES OF AMERICA ("USA"),

by and through their respective counsel of record, Judgment is entered as follows:

       1.     This Judgment affects the real property commonly known as

26930 Whitehorse Place, Santa Clarita, CA 91387, APN 2841-025-022 and legally

described as:

PARCEL 1:

LOT 22 OF TRACT 45409, IN THE CITY OF SANTA CLARITA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1098 PAGES 25 TO 27 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM, EXCLUSIVE AND NON-EXCLUSIVE

887581.1 5507.183

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1   EASEMENTS FOR USE, ENJOYMENT, ACCESS, INGRESS,
EGRESS, ENCROACHMENT, MAINTENANCE, REPAIR,
2   DRAINAGE, SUPPORT AND FOR OTHER PURPOSES, ALL AS
DESCRIBED IN THE DECLARATION REFERRED TO BELOW.

3
ALSO EXCEPT THEREFROM, ALL MATERIALS, OIL, GAS,
4   PETROLEUM AND OTHER HYDROCARBON SUBSTANCES
AND ALL UNDERGROUND WATER IN OR UNDER, OR WHICH
5   MAY BE PRODUCED FROM THE LAND WHICH UNDERLIES A
PLANE PARALLEL TO AND 500 FEET BELOW THE PRESENT
6   SURFACE OF THE LAND, FOR THE PURPOSE OF
PROSPECTING FOR, THE EXPLORATION, DEVELOPMENT,
7   PRODUCTION, EXTRACTION AND TAKING OF THE
MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON
8   SUBSTANCES AND WATER FROM THE LAND, BY MEANS OF
MINES, WELLS, DERRICKS OR OTHER EQUIPMENT FROM
9   SURFACE LOCATIONS ON ADJOINING OR NEIGHBORING
LAND OR LYING OUTSIDE OF THE ABOVE-DESCRIBED
10   LAND, IT BEING UNDERSTOOD THAT THE OWNER OF SUCH
MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON
11   SUBSTANCES AND WATER, AS SET FORTH ABOVE, SHALL
HAVE NO RIGHT TO ENTER UPON THE SURFACE OF THE
12   ABOVE-DESCRIBED LAND NOR TO USE ANY OF THE LAND
OR ANY PORTION OF IT ABOVE THE PLANE PARALLEL TO
13   AND 500 FEET BELOW THE PRESENT SURFACE OF THE LAND
FOR ANY PURPOSE WHATSOEVER.
14
PARCEL 2:
15
NON-EXCLUSIVE EASEMENTS FOR USE, ENJOYMENT,
16   ACCESS, INGRESS, EGRESS, ENCROACHMENT,
MAINTENANCE, REPAIR, DRAINAGE, SUPPORT, AND FOR
17   OTHER PURPOSES, ALL AS DESCRIBED IN THE
DECLARATION OF RESTRICTIONS FOR CRYSTAL SPRINGS
18   RANCH DATED MARCH 2, 1981 AND RECORDED ON MARCH
6, 1981 AS INSTRUMENT NO. 81-238112, AS AMENDED BY
19   (I) THAT CERTAIN FIRST AMENDMENT TO DECLARATION OF
RESTRICTIONS FOR CRYSTAL SPRINGS RANCH DATED
20   APRIL 13, 1981 AND RECORDED ON APRIL 23, 1981 AS
INSTRUMENT NO. 81-408731, AND (II) THAT CERTAIN
21   SECOND AMENDMENT TO DECLARATION OF RESTRICTIONS
FOR CRYSTAL SPRINGS RANCH DATED NOVEMBER 6, 1981
22   AND RECORDED ON DECEMBER 8, 1981 AS INSTRUMENT NO.
81-1204267, AND AS FURTHER AMENDED AND RESTATED BY
23   THAT CERTAIN RESTATEMENT AND AMENDMENT OF
DECLARATION OF RESTRICTIONS FOR CRYSTAL SPRINGS
24   RANCH DATED DECEMBER 19, 1986 AND RECORDED ON
JANUARY 13, 1987 AS INSTRUMENT NO. 87-45748, AS
25   FURTHER SUPPLEMENTED BY THAT CERTAIN
DECLARATION OF ANNEXATION FOR TRACT 45409, DATED
26   AS OF JUNE 13, 1988 AND RECORDED ON JULY 7, 1988 AS
INSTRUMENT NO. 88-1065229, (COLLECTIVELY, THE
27   "DECLARATION").

28   APN: 2841-025-022

887581.1 5507.183

**ANDERSON, McPHARLIN & CONNERS LLP**
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1    2.    The Deed of Trust in the face amount of $635,000 naming

2 ING Bank, FSB as lender/beneficiary, Wendy Boschma, a married woman as her

3 sole and separate property, as borrower, and First American Title Company, as

4 trustee, which recorded in the Los Angeles County Recorder's Office on July 25,

5 2007 as Instrument No. 07-1753170 is a valid and enforceable first priority lien

6 encumbering 100% of Property ("ING Deed of Trust").

7    3.    The ING Deed of Trust is senior and superior to the Notice of

8 Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effect

9 Death Penalty Act of 1996 in the amount of $900,100 against Jerrold Boschma

10 recorded in the Los Angeles County Recorder's Office on April 20, 2007 as

11 Instrument No, 20070947828 ("Judgment Lien").

12    4.    Foreclosure of the Judgment Lien, if any, shall be subject to the

13 existing, senior ING Deed of Trust and foreclosure of the Judgment Lien, if any,

14 shall not affect the validity and enforceability of the ING Deed of Trust as a lien

15 encumbering 100% of the Property.

16    5.    Each party shall bear their own costs and fees.

17

18

19 DATED:___8/3/11

20 _____
                  Dale S. Fischer
                  United States District Judge

21

22

23

24

25

26

27

28

887581.1 5507.183